UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| NANCY JOHNSON,<br><br>                    Plaintiff,<br><br>     vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and TARGET STORES, INC., a Minnesota Corporation,<br><br>                    Defendants. | No. C06-5094RJB<br><br>STIPULATION RE: WAIVER OF DAMAGES AND REMAND TO STATE COURT |

With regard to the claims for damages which are the subject of the Complaint herein, Plaintiff Nancy Johnson hereby agrees to release Target Corporation and improperly named Target Stores, Inc., from all such claims in excess of $70,000 and to waive all claims for damages in excess of $70,000. In exchange for this waiver/release, the parties hereby agree that the case may be remanded back to state court.

This agreement shall not release, waive or bar plaintiff's claims herein up to and including $70,000.00.

STIPULATION RE: WAIVER OF DAMAGES AND REMAND TO STATE COURT – PAGE 1

272757 / 1523.0008

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
900 FOURTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

DATED this 3rd day of March, 2006.

                        FORSBERG & UMLAUF, P.S.

                        By: s/_____
                           Roy A. Umlauf, WSBA #15437
                           Attorneys for Defendant Target Corporation

DATED this 3rd day of March, 2006

                        SCHAUERMANN THAYER & JACOBS

                        By: s/_____
                           Jeffrey P. Jacobs, WSBA #24987
                           Attorneys for Plaintiff

### ORDER

This matter having come before the court on this stipulation of the parties, the court hereby remands the case to Clark County Superior Court Cause No. 06-2-00092-1.

DATED this 13th day of March, 2006.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

---

STIPULATION RE: WAIVER OF DAMAGES AND REMAND TO STATE COURT – PAGE 2

272757 / 1523.0008

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
900 FOURTH AVENUE • SUITE 1700
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX